UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

SOUTHERN ENVIRONMENTAL LAW CENTER,
Plaintiff,

v.

TENNESSEE VALLEY AUTHORITY,
Defendant.

Case No. 22-108

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Southern Environmental Law Center, certify to the best of my knowledge and belief:

☒ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

s/ Amanda Garcia
(Signature of Counsel)

March 24, 2022
(Date)