# Exhibit 4



**TENNESSEE VALLEY AUTHORITY**

400 W. Summit Hill Drive, Knoxville, Tennessee 37902

February 4, 2022

Mr. Trey Bussey (tbussey@selctn.org)
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203

Dear Mr. Bussey:

This completes TVA's response to your request under the Freedom of Information Act (FOIA) dated August 5, 2021, and numbered 21-FOI-00178. You requested correspondence with gas pipeline companies. In a call on August 25, 2021, we agreed to prioritize the scope of your request to be for two agreements TVA had recently executed with gas pipeline companies.

On October 28, 2021, we made an interim response to your request providing redacted copies of the agreements. On January 27, 2021, you contacted me to say that you would like to withdraw the remainder of the request and receive TVA's final determination.

As indicated in our October 28, 2021, interim response, we processed notices to the parties to the agreements and information they identified as confidential commercial information was withheld under FOIA exemption 4. Exemption 4 protects such confidential commercial, financial and trade secret information submitted to the government by an outside source.

If you have questions about this response you may contact me at foia@tva.gov. Contact information for FOIA mediation services from TVA and the Office of Government Information Services is provided.

You may appeal this final response to your FOIA request by writing to Mr. Buddy Eller, Vice President, Communications & Public Relations, Tennessee Valley Authority, at email address foia@tva.gov or Fax to (865) 632-6901. Any appeal must be received within 90 days of the date of this letter.

Sincerely,

Denise Smith
TVA FOIA Officer

## <u>NOTICE</u>

The Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation, Using OGIS Services does not affect your right to pursue litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have authority to handle requests made under the Privacy Act of 1974. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
Room 2510
8601 Adelphi Road
College Park, MD 20740-6001
Email ogis@nara.gov
Telephone: 301-837-1996
Facsimile: 301-837-0348
Toll-free: 1-877-684-6448


FOIA Liaison mediation services are also available through the TVA Ombudsman.  You may contact the Ombudsman in any of the following ways:

Mr. Wilson Taylor
Ombudsman and TVA FOIA Liaison
Tennessee Valley Authority
400 W. Summit Hill Drive (WT 7D)
Knoxville, TN 37902-1401
Email wtaylor@tva.gov
Telephone:  (865) 632-8133