

400 W. Summit Hill Drive, Knoxville, Tennessee 37902

August 31, 2021

Anne Moore (Anne.Moore@Enbridge.com)
Director, Marketing & Business Development, Southern Region
ENBRIDGE
2701 N Rocky Point Drive, Ste 1050, Tampa, FL 33607

Dear Ms. Moore:

This concerns a Freedom of Information Act (FOIA) request to TVA for copies of agreements between TVA and your company. The request is from Trey Bussey with the Southern Environmental Law Center.

Attached is a copy of the agreement responsive to the FOIA request. As a federal agency, TVA is required to release records responsive to FOIA requests unless they are protected from disclosure by a FOIA exemption. FOIA exemption 4 protects confidential commercial and financial information submitted to the Government by an outside source.

As the submitter, you may send us a written statement objecting to the release of any information in the attached agreement that your firm considers confidential or competitively sensitive. Any statement should be specific as to why the release of the information is likely to cause substantial competitive harm to your company. Some of the factors that may be relevant to this determination include:

- The extent to which competitors are familiar with the identified information.
- The number and situation of the persons who have access to the information.
- An assessment of the type and degree of risk of financial injury that release would cause.
- An opinion about the length of time any identified information would need to be kept confidential.

It would be helpful if you would highlight the information you believe should be withheld from TVA's response to the FOIA request and return the marked copy to me with your response letter.

Ms. Anne Moore
Page 2
August 31, 2021

Final determinations on the release of information will be made by TVA. However, we will fully consider any statement you provide. Your response may be sent by email to me at dsmith@tva.gov and should be received within 10 days of the date of this letter.

If you have any questions or need additional information, please contact me at dsmith@tva.gov.

Sincerely,

Denise Smith
TVA FOIA Officer

Enclosure