ENBRIDGE®

East Tennessee Natural Gas, LLC
5400 Westheimer Court
Houston, TX 77056-5310
(713) 627-5400

October 12, 2021

Denise Smith
Freedom of Information Officer
Tennessee Valley Authority 400
West Summit Hill Dr.
Knoxville, TN 37902-1401

Re:     Supplemental Response to SELC FOIA Request

Dear Ms. Smith:

On September 1, 2021, East Tennessee Natural Gas, LLC ("East Tennessee") provided its response ("September 1 Response") to the letter dated August 31, 2021 regarding Southern Environmental Law Center's Freedom of Information Act request to the Tennessee Valley Authority ("TVA"). In response to a request from TVA, East Tennessee is providing a redacted version of the Precedent Agreement between East Tennessee and TVA dated August 12, 2021 ("Requested Agreement").

The redacted provisions contain confidential commercial information exchanged by East Tennessee and TVA as part of non-public, bilateral negotiations of commercial agreements and are protected from disclosure by 5 U.S.C. § 552(b)(4) and 18 C.F.R. § 1301.7, and should not be disclosed for the reasons discussed in the September 1 Response. East Tennessee respectfully requests that the release of the Requested Agreement be in accordance with the redactions reflected in the version provided herewith.

East Tennessee understands that TVA is not contemplating releasing any other documents at this time. If any additional documents are identified, East Tennessee requests the opportunity to review and, where necessary, redact any additional documents before they are released.

Please contact the undersigned at (713) 627-5396 should you have any questions regarding this response.

Sincerely,
East Tennessee Natural Gas, LLC

*/s/ P. Martin Teague*
P. Martin Teague
Vice President US Gas Law

Attachment