| | |
|---|---|
| **From:** | Troutman, H Preston (Preston) |
| **To:** | Smith, Julia Denise |
| **Cc:** | Coffman, Margaret G (Meghan); Troutman, H Preston (Preston) |
| **Subject:** | RE: NOTICE: FOIA request to TVA for pipeline precedent agreement |
| **Date:** | Thursday, September 9, 2021 5:52:43 PM |
| **Attachments:** | TGP TVA Cumberland Precedent Agreement (TVA FOIA Request).pdf |

**This is an EXTERNAL EMAIL from outside TVA. THINK BEFORE you CLICK links or OPEN attachments. If suspicious, please click the "Report Phishing" button located on the Outlook Toolbar at the top of your screen.**

Dear Ms. Smith,

Tennessee Gas Pipeline Company, L.L.C. (TGP) is in receipt of your August 31, 2021 letter describing a Freedom of Information Act (FOIA) request to Tennessee Valley Authority (TVA) for a copy of the Precedent Agreement between TVA and TGP.

TGP has attached (1) the redacted copy of the Precedent Agreement and (2) a document that highlights the redactions for your convenience. The redacted information is protected confidential commercial and financial information in accordance with FOIA exemption 4. The redacted information includes detail associated with an open season to be held to solicit interest in capacity associated with the Precedent Agreement. TGP will evaluate the bids as a whole to determine the highest value for the capacity. Disclosing the redacted information could provide potential third party bidders information about how the capacity has been valued. The redacted information also includes project facilities and locations to be determined that cannot be made available until the facilities have been finalized. This project information can be identified when TGP submits a certificate application to the Federal Energy Regulatory Commission.

Please feel free to contact me if you have any questions or concerns about the redacted information.
Thanks,
Preston

---

**From:** Smith, Julia Denise <dsmith@tva.gov>
**Sent:** Tuesday, August 31, 2021 10:24 AM
**To:** Troutman, H Preston (Preston) <Preston_Troutman@kindermorgan.com>
**Subject:** NOTICE: FOIA request to TVA for pipeline precedent agreement

**[This email message was received from the Internet and came from outside of Kinder Morgan.]**

**WARNING: EXTERNAL EMAIL: PROCEED WITH CAUTION.**

**Do not respond, click on links or open attachments unless you recognize the sender or know the content is safe.**

Dear Mr. Troutman – attached is a letter asking for your comment on the release of the attached agreement between TVA and your company in response to a Freedom of Information Act request to TVA.

Please let me know if you have questions or need additional information. We look forward to your response.

Sincerely,

Denise Smith
FOIA Officer
Tennessee Valley Authority
400 W. Summit Hill Dr. WT 7D
Knoxville, TN 37902-1401
[foia@tva.gov](mailto:foia@tva.gov) or [dsmith@tva.gov](mailto:dsmith@tva.gov)