| | |
|---|---|
| **From:** | George Nolan |
| **To:** | FOIA |
| **Cc:** | Michaela Gregory; Daniel Metzger; Trey Bussey; Amanda Garcia |
| **Subject:** | Appeal of TVA Response to FOIA Request #21-FOI-00178 |
| **Date:** | Monday, February 7, 2022 2:46:53 PM |
| **Attachments:** | image002.png<br>2022-02-07 FOIA Appeal Letter to TVA.pdf<br>2022-02-07 Attachments to FOIA Appeal Letter to TVA.pdf |

**This is an EXTERNAL EMAIL from outside TVA. THINK BEFORE you CLICK links or OPEN attachments. If suspicious, please click the "Report Phishing" button located on the Outlook Toolbar at the top of your screen.**

Dear FOIA Appeals Officer:

Attached please find the Southern Environmental Law Center's appeal (with attachments) of TVA's response to FOIA Request #21-FOI-00178. A hard copy of this appeal letter and attachments are being sent by certified mail, return receipt requested today.

Best regards,

**George Nolan**
Senior Attorney
gnolan@selctn.org

Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Office (615) 921-9470
Direct (629) 888-0670
Cell (615) 496-7291

southernenvironment.org



PRIVILEGE AND CONFIDENTIALITY NOTICE
This email and any attachments may be protected by the attorney-client privilege, as attorney work-product, or based on other privileges or provisions of law. If you are not an intended recipient of this message, do not read, copy, use, forward, or disclose the email or any of its attachments. Instead, immediately notify the sender by replying to this email and then delete it from your system. The unauthorized disclosure, copying, distribution, or use of this email or any attachments is prohibited.