UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, <br><br> Plaintiff, <br><br> v. <br><br> TENNESSEE VALLEY AUTHORITY, <br><br> Defendant, <br><br> EAST TENNESSEE NATURAL GAS, LLC, and TENNESSEE GAS PIPELINE COMPANY, L.L.C., <br><br> Intervenor-Defendants. | 3:22-CV-00108-DCLC-DCP |

## JUDGMENT

This case came before the Court on the parties' Motions for Summary Judgment [Docs. 25, 43, 46, 52]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's and Intervenor-Defendant's Motions for Summary Judgment [Docs. 43, 46, 52] are **GRANTED**, and Plaintiff's Motion for Summary Judgment [Doc. 25] is **DENIED**. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court